# UNITED STATES BANKRUPTCY COURT

NORTHERN **DISTRICT OF** ILLINOIS

EASTERN DIVISION

In re: ELMER JAMES ZIMMERMAN and   §   Case No. 13-01577
ANITA LOUISE ZIMMERMAN   §   Chapter 7
§   Hon. EUGENE R. WEDOFF
§

Debtor(s)

---

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that
ALLAN J. DeMARS _____, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications, which are
summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at
the Office of the Clerk, at the following address:

219 S. Dearborn  Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the
Final Report, must file a written objection within ____ 21 days from the mailing of this notice, serve a
copy of the objections upon the trustee, any party whose application is being challenged and the United
States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held
at 10:00a.m. on 09/03/2013 in Courtroom 744 , Dirksen Federal Building Courthouse,
219 S. Dearborn Street
Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/09/2013 _____   By: Clerk U. S. Bankruptcy Court _____
(Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS _____

*Trustee's Address:*
19 S. LaSalle Street
Suite 902
Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010)

## UNITED STATES BANKRUPTCY COURT
NORTHERN  **DISTRICT OF** ILLINOIS

EASTERN DIVISION

In re:  ELMER JAMES ZIMMERMAN and § Case No. 13-01577
ANITA LOUISE ZIMMERMAN § Chapter 7
§ Hon. EUGENE R. WEDOFF
§
§
Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of* $4,600.00

*and approved disbursements of* $0.00

*leaving a balance on hand of* [1] $4,600.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| NONE | | | | | $0.00 |

Total to be paid to secured creditors: $0.00

Remaining balance: $4,600.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| *Trustee, Fees*  ALLAN J. DeMARS | $1,150.00 | $0.00 | $1,150.00 |
| *Trustee, Expenses*  ALLAN J. DeMARS | $17.98 | $0.00 | $17.98 |
| *Attorney for Trustee, Fees*  ALLAN J. DeMARS | $1,080.00 | $0.00 | $1,080.00 |
| *Attorney for Trustee, Expenses*  ALLAN J. DeMARS | $0.00 | $0.00 | $0.00 |
| *Accountant for Trustee, Fees* | | | |
| *Accountant for Trustee, Expenses* | | | |
| *Auctioneer, Fees* | | | |
| *Auctioneer, Expenses* | | | |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| Charges, | U.S. Bankruptcy Court |
|---|---|
| Fees, | United States Trustee |
| Other | |

Total to be paid for chapter 7 administrative expenses:  $2,247.98

Remaining balance:  $2,352.02

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Debtor, Fees | | | |
| Attorney for Debtor, Expenses | | | |
| Attorney for , Fees | | | |
| Attorney for , Expenses | | | |
| Accountant for , Fees | | | |
| Accountant for , Expenses | | | |
| Other | | | |

Total to be paid for prior chapter administrative expenses:  $0.00

Remaining balance:  $2,352.02

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling _____ $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| NONE | | $0.00 | $0.00 | $0.00 |

| | |
|---|---|
| Total to be paid for priority claims: | $0.00 |
| Remaining balance: | $2,352.02 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling ___$40,523.98___ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be ___5.8___ percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| 1 | Capital One Bank USA, NA | $5,280.14 | $0.00 | $306.46 |
| 2 | FIA Card Services | $18,205.13 | $0.00 | $1,056.63 |
| 3 | eCAST Settlement Corporation | $7,040.19 | $0.00 | $408.61 |
| 4 | eCAST Settlement Corporation | $4,590.18 | $0.00 | $266.42 |
| 5 | American Express Centurion Bank | $5,408.34 | $0.00 | $313.90 |

| | |
|---|---|
| Total to be paid for timely general unsecured claims: | $2,352.02 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling ___$0.00___ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be ___0___ percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| NONE | | $0.00 | $0.00 | $0.00 |

| | |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____ $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be ____0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ ALLAN J. DeMARS

Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
19 S. LaSalle Street
Suite 902
Chicago, IL 60603

**STATEMENT**:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 13-01577-ERW
Elmer James Zimmerman                                              Chapter 7
Anita Louise Zimmerman
        Debtors

### CERTIFICATE OF NOTICE

District/off: 0752-1          User: dross          Page 1 of 2          Date Rcvd: Aug 07, 2013
                              Form ID: pdf006      Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2013.
db/jdb      +Elmer James Zimmerman,   Anita Louise Zimmerman,   2241 Glenview Road,   Glenview, IL 60025-2758
19920431     American Express,   Box 0001,   Los Angeles, CA 90096-8000
20625318     American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
19920432    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: Bank of America,   PO Box 982235,   El Paso, TX 79998-2235)
19920433     Capital One,   PO Box 6492,   Carol Stream, IL 60197-6492
20321851     Capital One Bank (USA),,   PO Box 71083,   Charlotte, NC 28272-1083
20457003     Capital One Bank (USA), N.A.,   by American InfoSource LP, as agent,   PO Box 71083,
             Charlotte, NC 28272-1083
19920435     Chase,   PO Box 15153,   Wilmington, DE 19886-5153
19920434    +Chase,   3415 Vision Drive,   Columbus, OH 43219-6009
19920436    +CitiBank,   Customer Service,   PO Box 6500,   Sioux Falls, SD 57117-6500
19920437    +Diners Club,   PO Box 6012,   Carol Stream, IL 60197-6012
19920438    +Elmer James Zimmerman III,   651 Pine View Pass,   Lake Villa, IL 60046-6519
20435894     FIA CARD SERVICES, N.A.,   4161 Piedmont Parkway,   NC4 105 03 14,   Greensboro, NC 27410
19920440    +Krista Laufenberg,   1295 Kelly Lane,   Dubuque, IA 52003-8542
19920441    +Sallie Mae,   PO Box 13612,   Philadelphia, PA 19101-3612
20580698     eCAST Settlement Corporation, assignee,   of Chase Bank USA, N.A.,   POB 29262,
             New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19920439    +E-mail/Text: bankruptcy@gsb.com Aug 08 2013 00:43:30      Glenview State Bank,   800 Waukegan Road,
             Glenview, IL 60025-4310
                                                                                    TOTAL: 1


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20580699*    eCAST Settlement Corporation, assignee,   of Chase Bank USA, N.A.,   POB 29262,
             New York, NY 10087-9262
                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 09, 2013**                      **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1          User: dross            Page 2 of 2          Date Rcvd: Aug 07, 2013
                              Form ID: pdf006        Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 6, 2013 at the address(es) listed below:
```
          Allan J DeMars    alland1023@aol.com
          Allan J DeMars    on behalf of Trustee Allan J DeMars alland1023@aol.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          Scott R Clar      on behalf of Joint Debtor Anita Louise Zimmerman sclar@craneheyman.com,
           mjoberhausen@craneheyman.com;asimon@craneheyman.com
          Scott R Clar      on behalf of Debtor Elmer James Zimmerman sclar@craneheyman.com,
           mjoberhausen@craneheyman.com;asimon@craneheyman.com
                                                                                   TOTAL: 5
```